## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**FRANK LEE** **PLAINTIFF**

**v.** **CASE NO. 4:06-CV-00815 GTE**

**NORTH LITTLE ROCK HOUSING AUTHORITY** **DEFENDANT**

### ORDER

Based upon the representation to the Court that this case has been settled by agreement of the parties, the Court dismisses this case with prejudice.

Accordingly,

IT IS THEREFORE ORDERED THAT this case is DISMISSED with prejudice.

Dated this 17th day of August, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE